UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CYNTHIA RIDLEY                                    NUMBER:

VERSUS                                            JUDGE

CASTLE BRANCH, INC. and
HONORABLE JAMES P. GLADNEY,
CLERK OF COURT, CLAIBORNE PARISH   MAGISTRATE

### COMPLAINT FOR DAMAGES WITH JURY TRIAL DEMAND

1. This is a Civil Action for damages brought pursuant to Fair Credit Reporting Act (FCRA), as amended 15 U.S.C.1681, et seq.  Jurisdiction is founded upon 28 U.S.C. 1343.  Plaintiff further invokes the supplemental jurisdiction of this court to consider claims arising under state law.

2. Plaintiff has complied with all the jurisdictional prerequisites to file this action under FCRA.

### PARTIES

3. CYNTHIA RIDLEY, Plaintiff, is a major domiciliary of Webster Parish, Louisiana,

4. Made Defendants herein are:

    A. Honorable James Patrick Gladney, Clerk of Court, Claiborne Parish, Louisiana, is a political subdivision of the State of Louisiana ("CLERK").

    He is sued individually and as Clerk of Court.

B. Castle Branch, Inc., ("CASTLE BRANCH") is a foreign corporation, licensed to do business in the State of Louisiana, domiciled at 1845 Sir Tyler Drive, Wilmington, NC 28405. Its principal business establishment in the State of Louisiana is at 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808. Its Registered Agent is CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808.

## FACTS

6. Mrs. Ridley applied to be an Administrative Coordinator III clerk with Louisiana State University, Health Sciences Center, Shreveport, Louisiana (LSU-HSC) around June 1, 2011. The position paid $12.74 per hour plus benefits.

7. On June 22, 2011, LSU-HSC extended a conditional offer of employment to Plaintiff. LSU-HSC informed Plaintiff that she would be hired pending a background check.

8. Defendant Castle Branch, Inc. reported a criminal conviction of Plaintiff to LSU-HSC on July 8, 2011, and failed to provide any other relevant information. On July 14, 2011, Ridley disputed the report.

9. On July 11, 2011, LSU-HSC advised that her application was being reviewed for disqualifying information. Thereafter LSU-HSC ceased communicating with Plaintiff. LSU-HSC did not inform Ridley of any reason why it stopped its

consideration of employing her.

10. On July 25, 2011, Castle Branch, Inc., acknowledged that Plaintiff had no criminal record and that the case reported to LSU-HSC did not belong to her.

11. Neither LSU-HSC nor Castle Branch gave Plaintiff any notice of finding the conviction but not of the erroneous information.  Ridley was not provided any opportunity to timely dispute the information reported.  LSU-HSC indicated it would have hired Plaintiff had it been provided the corrected information in a timely fashion but that it had to fill the position and the position was no longer available.

12. Neither Claiborne Parish Clerk of Court, LSU-HSC nor Castle Branch had any measures which were strictly adhered to  comply with the FCRA to insure compliance and fair treatment.

13. The Clerk of Court failed to maintain its records properly with the correct information concerning Plaintiff's background and/or failed to report to third parties the correct information.

**Count One: FCRA Claim against Castle Branch, Inc. under FCRPA**

14. Plaintiff reiterates and restates all of the allegations of Paragraphs 1-13 as thought fully set forth herein.  Made Defendant herein is Castle Branch, Inc.

15. Plaintiff alleges that Castle Branch, Inc. violated 15 U.S.C. § 1681b(b)(1)(A) because it furnished a  report to Louisiana State University, Health Sciences

Center, Shreveport, Louisiana (LSU-HSC) concerning plaintiff without first obtaining the required certification and failing to provide notice to plaintiff that it had information it was supplying to LSU-HSC that was adverse to her application for employment.

### Count Two: FCRA Public Records Violations

16. Plaintiff reiterates and restates all of the allegations of Paragraphs 1-15 as though fully set forth herein. Made Defendant herein is Castle Branch, Inc.

17. 15 U.S.C. § 1681k sets forth public record obligations which apply specifically in the employment context. This section requires a credit reporting agency furnishing information that is a matter of public record and which is likely to have an adverse impact on the applicant, to either (1) notify the applicant of the fact that public record information is being reported along with the name and address of the person who requested the report, *or* (2) maintain "strict procedures" designed to insure that any such reported information is "complete and up to date." 15 U.S.C. § 1681k.

18. For purposes of the section, "items of public record relating to arrests, indictments, convictions, suits, tax liens, and outstanding judgments shall be considered up to date if the current public record status of the item at the time of the report is reported." *Id.* In this case, the threshold requirements for the

|     | |
| --- | --- |
|     | application of this section are clearly met, as the information concerning plaintiff was reported for employment purposes, was a matter of public record, and was certainly likely to have an adverse impact on him. In addition, Castle Branch, Inc did not notify plaintiff that her criminal record information was being reported to Louisiana State University, Health Sciences Center, Shreveport, Louisiana. |
| 19. | Accordingly, plaintiff alleges that Castle Branch, Inc violated Section 1681k of the FCPA  because the information that it provided to Castle Branch and Louisiana State University, Health Sciences Center, Shreveport, Louisiana  was neither complete nor up to date, and Castle Branch, Inc "has no procedures — let alone strict procedures — designed to ensure that such information is complete and up to date." |

### Count Three: Fault under State Law

| | |
| --- | --- |
| 20. | Plaintiff reiterates and restates all of the allegations of Paragraphs 1-19 as though fully set forth herein. |
| 21. | Defendant Clerk of Court failed to maintain records of the expungement or to comply with law in  expunging the conviction of Plaintiff.  Defendant failed to properly serve the appropriate law enforcement agencies with court orders and to correct the records of the court and failed to properly report that Plaintiff had no arrest or conviction record and that any in existence were not attributable to |

Plaintiff and should not be reported on any public records.

22. Castle Branch failed to perform a thorough search for plaintiff's records by not seeking or finding relevant court orders.  Nor did Castle Branch inform Plaintiff or notify her of its original finding.

23. Defendants had a duty under law to perform the above referenced tasks.  The failure to do so constitutes fault.

## Miscellaneous

24. As a result of the negligence, and intentional acts by Defendants, Plaintiff Cynthia Ridley suffered the following types of damages:

    1. Mental and emotional distress and suffering
    2. Humiliation and embarrassment
    3. Loss of enjoyment of life and invasion of privacy
    4. Consequential Damages
    5. Lost Wages

25 Plaintiff is entitled to an award of attorney fees, litigation expenses and all costs of court against CASTLE BRANCH, INC. and CLERK.

26. Plaintiff requests trial by jury.

27. Plaintiff is entitled to an award of punitive damages under the FCRA for a willful violation by CASTLE BRANCH, INC.

**WHEREFORE, CYNTHIA RIDLEY prays that**:

I. There be judgment herein in her favor and against CLERK OF COURT, CLAIBORNE PARISH and CASTLE BRANCH, INC. in solido, in a reasonable sum plus all costs of court, and judicial interest from date of demand for mental and emotional distress and suffering; Humiliation and embarrassment; loss of enjoyment of life, punitive damages, consequential damages, back pay, and for loss of benefits plus all cost of court, judicial interest and reasonable attorney fees.

II. She be granted a trial by jury.

Respectfully submitted,

/s/ Nelson W. Cameron
NELSON W. CAMERON
Attorney at Law
675 Jordan Street
Shreveport, Louisiana 71101
(318) 226-0111
Bar No.: 01283

**Attorney for Plaintiff,
Cynthia Ridley**